50 A.3d 1253

Abdel FATTAH, Petitioner

v.

Moore SMEAL, Marirosa Lamas, Robert Marsh,
William T. Williams, Horton, John Symons,
Burke and Doll, Respondents.

No. 112 EM 2012.

Supreme Court of Pennsylvania.

Aug. 17, 2012.

## ORDER

PER CURIAM.

AND NOW, this 17th day of August, 2012, the "Petition for Review" is DENIED.